IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHEN BOYER, et al., | ) | |
| Plaintiffs, | ) | Case No. 00-641C<br>(Judge Lynn J. Bush) |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT OF TIME, OUT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully request a 60-day enlargement of time, to and including November 28, 2006, within which to file their dispositive motions. The parties' dispositive motions were due on September 29, 2006. The joint request for an enlargement is filed out of time by one business day due to the parties' erroneous belief that the deadline for filing summary judgment motions had been extended to October 2, 2006. This mistaken belief was the result of an error in transcribing the deadline for tracking purposes. There have been five prior requests for an enlargement of time for this purpose. The first request for an enlargement was for 30 days, the second request was for 120 days, the third request was for 60 days, the fourth request was for 60 days, and the fifth request was for 60 days.

The parties request this enlargement to allow time for review within the Department of Justice of a settlement proposed by plaintiffs. On May 23, 2006, Government counsel submitted plaintiffs' settlement offer for review within the Department of Justice, together with the necessary memorandum concerning the proposal. This review has not yet been completed. For

the foregoing reasons, the parties respectfully request that this motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

David M. Cohen /by James E. Dawson

DAVID M. COHEN
Director

Shalom Brilliant

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7561
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: 10/2/06

Jules Bernstein /by Edgar James

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

Edgar James

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: 10/2/06

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2006, I caused to be mailed a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

Shalom Brilliant
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L. Street, N.W.
Washington, D.C. 20530

Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

______________________________