# In the United States Court of Federal Claims

No. 00-641C

(Filed October 4, 2006)

* * * * * * * * * * * * * * * * * * * * * *
STEPHEN BOYER, et. al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On October 2, 2006, the parties filed a Joint Motion for Enlargement of Time of sixty days, to and including November 28, 2006, for the parties to file dispositive motions. The parties state that the time requested is intended to include a period of time necessary for the Department of Justice to review a settlement proposal submitted by plaintiffs in this case. Accordingly, it is hereby **ORDERED** that the parties' motion is **GRANTED**.

/s/ Lynn J. Bush
LYNN J. BUSH
Judge