# In the United States Court of Federal Claims

No. 00-641C

(Filed December 4, 2006)

* * * * * * * * * * * * * * * * * * * * * *
STEPHEN BOYER, et. al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On December 1, 2006, the Clerk's office received Defendant's Unopposed Motion for Enlargement of Time, Out of Time. The Clerk's office stated the submission was defective because of improper use of the night box, pursuant to RCFC 77.1(a), since as of September 15, 2006, the subject matter has been designated as an ECF case under the court's electronic case filing system. The matter was referred to the undersigned for a ruling.

Chambers of the undersigned attempted to contact Shalom Brilliant, Esq., defendant's counsel, and Michael J. Dierberg, Esq., defendant's of counsel, to notify them of the above-stated defects. However, both attorneys will be out of the office until after December 6, 2006. Since the motion is unopposed, the court finds that it is unnecessary to await counsel's return before ruling on the subject matter.

Accordingly, it is hereby **ORDERED** that:

(1) The Clerk's office is directed to **GRANT** defendant's motion to file out of time and **FILE** defendant's motion in *paper format* by leave of the court as of the date of this order; and,

(2) Once filed, defendant's enlargement of time of forty-five days, to and including **January 12, 2007**, within which to file dispositive motions in the subject matter is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge