IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STEPHEN BOYER, et al., Plaintiffs, | Case No. 00-641C |
| v. | (Judge Lynn J. Bush) |
| UNITED STATES OF AMERICA, Defendant. | |

DEFENDANT'S UNOPPOSED MOTION TO ENLARGE

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully request a 45-day enlargement of time, to and including February 26, 2007, within which the parties may file their dispositive motions. The parties' dispositive motions are currently due on January 12, 2007. There have been seven prior requests for an enlargement of time for this purpose. Counsel for plaintiffs has indicated that plaintiffs are not opposed to this motion.

The government requests this enlargement to allow time for review within the Department of Justice of a settlement proposed by plaintiffs. On May 23, 2006, Government counsel submitted plaintiffs' settlement offer for review within the Department of Justice, together with the necessary memorandum concerning the proposal. This review has not yet been completed. For the foregoing reasons, the parties respectfully request that this motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7561
Fax: (202) 305-7643

OF COUNSEL:

Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: January 12, 2007