# In the United States Court of Federal Claims

No. 00-641C

(Filed January 17, 2007)

* * * * * * * * * * * * * * * * * * * * * *
STEPHEN BOYER, et. al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On January12, 2007, defendant filed an Unopposed Motion to Enlarge of forty-five days, to and including February 26, 2007, in order that the parties may file dispositive motion in the subject matter. Defendant's motion requests an enlargement of time to allow the Department of Justice to review plaintiffs' proposed settlement agreement.

Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**; and, the parties' **dispositive motion** shall be **FILED** on or before **February 26, 2007**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge